# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GOOGLE INC., *et al.*,                     Case No.: 3:14-CV-00550-RCJ-VPC

         Plaintiffs,                        **ORDER**

v.

UNWIRED PLANET INC., *et al.*,
         Defendants.

---

       Plaintiff filed a Status Report (ECF No. 15) notifying the Court that Plaintiff has settled this matter and the Court can dismiss and close this matter. Accordingly,

       IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk of the Court shall close this case.

       IT IS SO ORDERED this 12th day of February, 2018.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 1